IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEVON LYTRELL EWING,

    Plaintiff,                                                  JUDGMENT IN A CIVIL CASE

v.                                                                     16-cv-275-jdp

BRIAN HAYES, REBECCA J. VAHLE,
MATT BARNETT, and JACK C. HOAG,

    Defendants.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case without prejudice to plaintiff pursuing his claims by filing a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    /s/                                                                     12/15/2016

Peter Oppeneer, Clerk of Court                             Date